LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Fax:   (530) 894-8244

Attorneys for Plaintiff
Gypsie Jones

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>GENUINE PARTS COMPANY dba NAPA AUTO PARTS; JAMES P. READ and STEVEN M. READ dba READ INVESTMENTS,<br><br>    Defendants. | Case No. 2:05-cv-1192 MCE GGH<br><br>**Order for Dismissal** |

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-1192 MCE GGH, is hereby dismissed with prejudice.

Dated: January 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE